**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KERRY VINA,
an individual,

        Case No.: 8:18-cv-2902-VMC-TGW

   Plaintiff,
v.

FIRST PREMIER BANK,

   Defendant.
_____/

**NOTICE OF SETTLEMENT**

   Plaintiffs hereby notify the Court that Plaintiff and Defendant have reached a settlement in principle in this action and will be filing a dismissal shortly hereafter.

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that the foregoing has been filed via CM/ECF, which will notify Defendant's counsel on this 20th day of December 2019.

        **SWIFT, ISRINGHAUS & DUBBELD P.A.**

        /s/ *Jon P. Dubbeld*
        **Aaron M. Swift, Esq., FBN 0093088**
        **Jordan T. Isringhaus, Esq., FBN 0091487**
        **Jon P. Dubbeld, Esq., FBN 105869**
        **Sean E. McEleney, Esq., FBN 125561**
        10460 Roosevelt Blvd. North
        Suite 313
        St. Petersburg, FL 33703
        Phone: (727) 755-3676
        Fax: (727) 255-5332
        aswift@swift-law.com
        jisringhaus@swift-law.com
        jdubbeld@swift-law.com
        smceleney@swift-law.com
        *Counsel for Plaintiff*